**EXHIBIT A**


### CT Corporation

**Service of Process Transmittal**
11/05/2009
CT Log Number 515681254

**TO:** Andrew Bott
Bank of America
CA5-705-08-01, 555 California Street, 8th Floor
San Francisco, CA 94104

**RE:** Process Served in Arizona

**FOR:** Bank of America, National Association (Domestic State: N/A)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Bruce Bennett du Pont, etc., Pltfs. vs. Bank of America, NA, etc., Dft. Name discrepancy noted.

**DOCUMENT(S) SERVED:** Summons, Complaint, Exhibit(s), Certificate

**COURT/AGENCY:** Superior Court, Santa Cruz County, AZ
Case # CV-09-722

**NATURE OF ACTION:** Seeking declaratory judgment - Loans are current through calendar 2009 - Breach of Agreement

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Phoenix, AZ

**DATE AND HOUR OF SERVICE:** By Process Server on 11/05/2009 at 12:50

**APPEARANCE OR ANSWER DUE:** Within 20 days after service, exclusive of the day of service

**ATTORNEY(S) / SENDER(S):** Bruce Bennett du Pont
POB 2361
Tubac, AZ 85646
760 505 8483

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791510878800
Image SOP
Email Notification, Andrew Bott andrew.m.bott@bankofamerica.com

**SIGNED:** C T Corporation System
**PER:** Issis Gonzalez
**ADDRESS:** 2394 E. Camelback Road
Phoenix, AZ 85016
**TELEPHONE:** 602-277-4792

870 033 748
348 K / 400 K / 0
01 / 00
con BRANCH
6/1/09  5/15/08

**LEGAL DEPARTMENT RECEIVED**

**NOV 06 2009**

**SAN FRANCISCO.**
**BANK OF AMERICA, N.A.**

Page 1 of 1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Bruce Bennett du Pont
POB 2361
Tubac, Arizona 85646
(760) 505.8483
Email: Officeworkstubac@aol.com

11/5/09
12:50 pm

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

Bruce Bennett du Pont, an individual

Plaintiffs,

vs.

Bank of America, NA a National Banking Association

Defendant.

No. CV-09-722

SUMMONS

THE STATE OF ARIZONA to the Defendant:

Bank of America, NA, C/O Stat Agent: CT Corporation System, 2394 E Camelback Rd., Phoenix, AZ 85016

I. A lawsuit has been filed against you.
II. If you do not want a judgment to be taken against you for the relief demanded in the accompanying complaint, you must file a response in writing in the Office of the Clerk of the Superior Court, 2150 N Congress Dr., Nogales, AZ 85628, accompanied by the necessary filing fee. A copy of the response must also be mailed to the plaintiff's attorney whose name appears above.
III. The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within the State of Arizona or within THIRTY DAYS, exclusive of the date of service, if served outside the State of Arizona.
IV. This is a legal document. If you do not understand the consequences, you should seek the advice of an attorney.
    WITNESS My Hand and the Seal of the Superior Court.
    Dated: 10/28/09

Clerk of the Superior Court

Juan Pablo Guzman
BY: MARIA M. FIMBRES

Bruce Bennett du Pont
POB 2361
Tubac, Arizona 85646
(760) 505.8483
Email: Officeworkstubac@aol.com

FILED
2009 OCT 28 PM 12:10
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

Bruce Bennett du Pont, an individual )
)
)
)
)
Plaintiffs, )   No. CV-09-722
)
vs. )
)   COMPLAINT
)   (Verified)
Bank of America, NA a National Banking )   Declaratory Judgment
Association )   Slander of Credit
)   Tort Non Motor Vehicle
)
)
)
Defendant. )
)

Plaintiff Bruce Bennett du Pont, an individual (" Bennett") for his complaint against Bank of America, NA, a National Banking Association (" BA") alleges as follows

1. Venue and jurisdiction are proper. Bennett is a resident of Santa Cruz County. BA does business in Santa Cruz County and maintains offices in Santa Cruz County. The real property which is the subject of the contract dispute in this action is located in Santa Cruz County.

2. The amount in controversy is within the jurisdictional limits of this Court.

3. Bennett is the Borrower and BA is the lender on a Note, secured by a Deed of Trust against the residence of Bennett, located at 12 Circulo del Prado in Tubac, Arizona, Santa Cruz County. BA Loan number 6591944472. ( the "Loan")

4. During the period June through September 2009, Bennett and BA became embroiled in a dispute related to the proper application of payments by Bennett to the loan. (" Loan Payment Dispute")

5. During the loan payment dispute Bennett submitted a damages claim to BA (attached as exhibit to complaint)

6. Bennett made continuous efforts beginning in late June of 2009 to communicate with BA

1  in order to resolve the loan payment dispute.

2  7.     When he was otherwise unable to resolve the loan payment dispute with BA Bennett
3  sent a settlement proposal to BA. The settlement proposal outlined Bennett's proposal for
4  settling the loan payment dispute. As part of the settlement proposal Bennett sent a cashiers
5  check made payable to BA for the balance of payments due on the loan through the end of the
6  2009 calendar year.

7  8.     BA cashed the cashiers check sent with the settlement proposal.

8  9.     By cashing the check enclosed with the settlement proposal BA has entered into an
9  accord and satisfaction of the loan payment dispute.

10 10.    By accepting Bennett's settlement proposal, as evidenced by their cashing the settlement
11 check BA has agreed that the loan is paid up through the end of calendar year 2009.

12 11.    Bennett is entitled to a declaratory judgment in his favor and against BA that the loan is
13 paid up through the end of calendar year 2009.

14 12.    During the time that Bennett and BA were engaged in the loan payment dispute BA
15 made reports to credit reporting agencies that were false and negatively impacted Bennett's
16 credit standing.

17 13.    Bennett suffered a slander of credit that was proximately caused by the actions of BA

18 14.    As a result of the slander of credit Bennett has suffered losses, emotional distress and a
19 damage to his credit standing and financial reputation.

20

21 WHEREFORE, Plaintiff is entitled to judgment in his favor and against Defendant for the
22 following relief:

23 1.     Money damages in an amount to sufficiently compensate him for his losses.
24 2      A declaration from this Court that payments by Bennett on the loan are current through
25         the end of Calendar year 2009.
26 3.     Legal costs.
27 4.     Such other and further relief as the court may deem just and equitable.
28
29    DATED this 20th day of October, 2009.
30
31
32                                              Bruce Bennett du Pont
33
34
35

# VERIFICATION

STATE OF ARIZONA )

) SS

County of Santa Cruz )

Bruce Bennett du Pont, being first duly sworn upon his oath, deposes and says that: He is the plaintiff in the foregoing complaint; he has read the complaint and has personal knowledge of its contents. He affirms that all matters alleged are true, except to those matters stated upon information and belief, which he verily believes to be true.

________________________

Bruce Bennett du Pont

SUBSCRIBED and SWORN to before me this 20th day of October, 2009 by Bruce Bennett du Pont.

________________________

Notary Public

OFFICIAL SEAL
LINDA K. HUGHES
NOTARY PUBLIC - State of Arizona
SANTA CRUZ COUNTY
My Comm. Expires Dec. 8, 2011

Bruce R. Bennett du Pont
P.O. Box 2361
Tubac, AZ 85646
August 11, 2009

**VIA FACSIMILE**
**FAX NO. (888) 841-8160**

Bank of America
410 W Continental Rd # 100
Green Valley AZ 85614

Re: 12 Circulo de Prado, Tubac AZ
Loan #6591944472

Dear Sir or Madam:

As I have advised you on four occasions, I have never heard a word from Bank of America regarding my claim for damages which was a result of B of A returning and refusing four of my mortgage checks. I have been directed to do the following.

I am authorizing Bank of America to apply my damage compensation toward the payments on my loan. In addition, I will issue yet another check to bring my mortgage paid up for a total of six payments of $1,824.00 each.

This will resolve both my claim for damages and me delinquent mortgage.

Payments due:

| | | |
|---|---|---|
| | 7/1/09 | $ 1,824.93 |
| | 8/1/09 | $ 1,824.93 |
| | 9/1/09 | $ 1,824.93 |
| | 10/1/09 | $ 1,824.93 |
| | 11/1/09 | $ 1,824.93 |
| | 12/1/09 | $ 1,824.93 |
| | | $10,949.58 |

less credit for damages
   7/2/09 claim against B of A     -$10,204.00

Balance due to cover mortgage to
   end of year 2009     $   745.58

(Cashier's check attached)

Sincerely,

Bruce R. Bennett du Pont
Cell phone (760) 505-8483

BRBdP/lh

PRINTED ON GENUINE MARK PAPER·HOLD TO LIGHT TO VIEW·FOR ADDITIONAL SECURITY FEATURES SEE BACK

Office A/U # 07533    11-24
                     12/08)

Operator I.D.: az000970

**OFFICIAL CHECK**

0753311079

PAY TO THE ORDER OF  ***BANK OF AMERICA***

August 11, 2009

***Seven hundred forty-five dollars and 58 cents***

***$745.58**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  745.58

*Michael King*
CONTROLLER

⑈075331107⑈  ⑆121000248⑆:486⑈ 5054 28⑈

Security Features included  [D] Details on Back

**Bank of America**

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14068-9000

AUGUST 18, 2009

BRUCE R BENNETT DUPONT
PO BOX 2361
TUBAC AZ 85646

LOAN NUMBER: 1336591944472
TOTAL AMOUNT DUE: $3,649.86
Property: 12 CIRCULO DE PRAD
TUBAC AZ 85646

Dear Customer:

This letter will serve to advise you that you have breached the terms of your mortgage loan documents. Specifically, you are in default by failing to make your required monthly mortgage payments. As of the date of this letter, your loan is due for the monthly payment beginning 07-01-09 in the amount of $3,649.86.

In order to cure this default and to reinstate your loan, you must deliver to us in the form of a cashier's check or certified funds, the total sum of $5,566.04. This amount represents monthly payments of principal, interest, and escrow, late fees and other fees currently due and permitted under the terms of your loan documents, plus the next payment and late fee due in 30 days in the amount of $1916.18. This amount is subject to change if you do not act by 09-17-09 as additional payments and other fees may become due on your loan. You are urged to contact us should you have any questions about the amount due on this account.

You may deliver payment to us in person at Bank of America 475 CrossPoint Parkway, Getzville, N.Y. 14068-9000 or to the address listed on your mortgage payment coupon. The default must be cured no later than 09-17-09.

If you do not cure the breach on or before 09-17-09, we have the right to accelerate the entire amount of the mortgage debt. This means that we would not be required to accept further monthly payments by you, and that foreclosure proceedings may be instituted in accordance with your loan documents and applicable law.

As provided in your mortgage loan documents, you may have the right to reinstate your loan even after acceleration by paying all payments due as well as all fees and costs, including attorney's fees and costs In addition, you have the right to bring a court action to assert the nonexistence of default or any other defense to acceleration and foreclosure.

If you do not understand this notice, you are urged to seek legal advice, which would be at your own expense. You are urged to contact our office immediately at 1.800.846.2222.

You can also access account information and options available by signing into Online Banking at www.bankofamerica.com

***WE MAY REPORT OR HAVE REPORTED INFORMATION ABOUT YOUR ACCOUNT TO THE CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED ON YOUR CREDIT REPORT.***

Sincerely,

Default Reporting
MD700 020 D3M

12-17-2208NSH  11-2006

**Bank of America**

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14068-9000

September 29, 2009

Bruce R Bennett Dupont
PO Box 2361
Tubac AZ 85646

Loan Number 6591944472

Dear Bank of America, N. A. Customer:

Thank you for your recent inquiry regarding the application of your payment. We have made the necessary adjustments to your loan.

Thank you for bringing this matter to our attention. Should you have any further concerns, please feel free to contact us at 1.800.285.6000.

Sincerely,

Customer Service Department

PM038 002 LK3

32-17-2208NSB  11-2006

```
1  Bruce Bennett du Pont
2  POB 2361
3  Tubac, Arizona 85646
4  (760) 505.8483 :
5  Email: Officeworkstubac@aol.com
```

FILED

2009 OCT 28 PM 12:10

CLERK SUPERIOR CT
SANTA C...

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| Bruce Bennett du Pont, an individual | ) |
| | ) |
| Plaintiffs, | ) No. CV 09-722 |
| | ) |
| vs. | ) |
| | ) Certificate of Compulsory |
| | ) Arbitration |
| Bank of America, NA a National Banking Association | ) |
| | ) |
| Defendant. | ) |

Plaintiff Bruce Bennett du Pont, an individual (" Bennett") per Rules 72 through 76 of the Arizona Rules of Civil Procedure, submits this certificate of compulsory arbitration.

Notice is given that the amount in controversy is NOT subject to arbitration.

DATED this 20th day of October, 2009.

/s/ Bruce Bennett du Pont

Bruce Bennett du Pont

# EXHIBIT B

Robert W. Shely, #014261
Gregory B. Iannelli, #026549
BRYAN CAVE LLP, #145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Bank of America N.A.

## SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| BRUCE BENNETT DU PONT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A., a national banking association,<br><br>Defendant. | No. CV2009-722<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>(Hon. Anna M. Montoya-Paez) |

TO PLAINTIFF BRUCE BENNETT DU PONT:

PLEASE TAKE NOTICE that defendant Bank of America N.A. filed a Notice of Removal of this action in the United States District Court for the District of Arizona on December 7, 2009. A copy of the Notice of Removal (without exhibits) is attached to this Notice as Exhibit A and is served contemporaneously herewith.

DATED this 7th day of December, 2009.

BRYAN CAVE LLP

By /s/ Robert W. Shely
Robert W. Shely
Gregory B. Iannelli
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Attorneys for Bank of America N.A.

657509.1

1  COPY of the foregoing mailed
2  this 7th day of December, 2009, to:

3  Hon. Anna M. Montoya-Paez
   2150 North Congress Drive, No. 215
4  Nogales, Arizona 85261

5  COPY of the foregoing mailed and emailed
6  this 7th day of December, 2009, to:

7  Bruce Bennett du Pont
   P.O. Box 2361
8  Tubac, Arizona 85646
9  officeworkstubac@aol.com

10
11 _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

657509.1

2